ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2216
     Facsimile:  (213) 894-6436
     E-mail: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>ENRIQUE FAUSTINO AGUILAR NOREIGA, et al.,<br><br>           Defendants. | Case No. CR 10-1031(A)-AHM<br><br>[PROPOSED] ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY |

　　　For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of Philip Spillane, who the government may call as a witness at trial.  The purpose of this order is to enable the defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

　　　IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense,

without prior authorization from this Court, and that the copy of the testimony provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

    IT IS SO ORDERED.

DATED: _____, 2010

                                      _____
                                      THE HON. A. HOWARD MATZ
                                      United States District Judge

Presented by:

_____/s/_____
DOUGLAS M. MILLER
Assistant United States Attorney