ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    E-mail: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 10-1031(A)-AHM |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION TO UNSEAL DOCUMENTS |
| v. | |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, et al., | |
| Defendants. | |

    Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby applies ex parte for an order unsealing the search warrants and related pleadings currently filed under seal with miscellaneous case numbers 08-2820M, 08-2821M, 08-2864M, 09-0606M, 09-0677M, and 10-2065M ("the documents"). The government makes this application so that the

documents may be turned over to the defendants in the above-captioned case as a part of discovery. This application is based on the attached declaration of Douglas M. Miller, the files and records of this case, and such further evidence and argument as may be presented at any hearing on this application.

Dated: December 8, 2010  Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


            /s/
DOUGLAS M. MILLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA