```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    DOUGLAS M. MILLER (SBN: 240398)
 4  Assistant United States Attorney
    Public Corruption & Civil Rights Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-2216
 7       Facsimile:  (213) 894-6436
         E-mail: douglas.m.miller@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 10-1031(A)-AHM |
|---|---|
| Plaintiff, | ) ORDER ALLOWING DISCLOSURE OF<br>) GRAND JURY TESTIMONY |
| v. | ) |
| ENRIQUE FAUSTINO AGUILAR<br>NOREIGA, et al., | ) |
| Defendants. | ) |

    For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of Philip Spillane, who the government may call as a witness at trial.  The purpose of this order is to enable the defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

    IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense,

without prior authorization from this Court, and that the copy of the testimony provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.

DATED: December 8, 2010

_____
THE HON. A. HOWARD MATZ
United States District Judge

Presented by:

_____/s/_____
DOUGLAS M. MILLER
Assistant United States Attorney