ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    e-mail: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
United States of America,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 10-1031(A)-AHM |
| Plaintiff, | ) ORDER UNSEALING DOCUMENTS |
| v. | ) |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, et al., | ) |
| Defendants. | ) |

FOR GOOD CAUSE SHOWN, it is hereby ordered that the search warrants and related pleadings currently filed under seal with miscellaneous case numbers 08-2820M, 08-2821M, 08-2864M, 09-0606M, 09-0677M, and 10-2065M, be unsealed by the Clerk's Office for the Central District of California and made available to the public.

DATE: December 9, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE