## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 10-1031(A)-AHM | Date | December 14, 2010 |
|---|---|---|---|

| Present: The Honorable | A. HOWARD MATZ |
|---|---|

| Interpreter | Elsa Vasquez (Spanish) |
|---|---|

| Stephen Montes | Cindy Nirenberg | Douglas Miller<br>Nicola Jean Mrazek, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Angela Maria Gomez Aguilar | X | X | | Stephen Larson | X | | X |
| (3) Lindsey Manufacturing Company | X | | | Jan Lawrence Handzlik | X | | X |
| (4) Dr. Keith E. Lindsey | X | | X | Jan Lawrence Handzlik | X | | X |
| (5) Steven K. Lee | X | | X | Janet Levine | X | | X |

**Proceedings:** **(1)** MOTION for Bill of Particulars Filed by Defendant Lindsey Manufacturing Company, Keith E Lindsey, Steve K Lee as to Defendant Enrique Faustiono Aguil Noriega, Angela Maria Gomez Aguilar, Lindsey Manufacturing Company, Keith E Lindsey, Steve K Lee [87]; and
**(2)** MOTION for Bill of Particulars / MOTION TO DISMISS FIRST SUPERSEDING INDICTMENT Filed by Defendant Angela Maria Gomez Aguilar as to Defendant Enrique Faustiono Aguil Noriega, Angela Maria Gomez Aguilar, Lindsey Manufacturing Company, Keith E Lindsey, Steve K Lee [88] **(Non-Evidentiary)**

Hearing held; appearances made.

Court hears oral argument and DENIES Defendants' Motion to Dismiss for Bill of Particulars [87] and Defendant's Motion for Bill of Particulars/Motion to Dismiss First Superseding Indictment [88].

Government states that it has provided defendants with all of the completed 302s and that the three 302s currently being processed will be provided once they are completed. The Government further states that it has provided the defendants with the three government witnesses' grand jury testimonies. The Court orders the Government to disclose the names of all of its witnesses by not later than February 15, 2011.

/ / /

/ / /

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Abstract of Court Proceedings issued on behalf of defendant Angela Maria Gomez Aguilar ordering that she be provided with a medical eye examination and possibly a new prescription.

|  |  |
|---|---|
|  | 1 : 00 |
| Initials of Deputy Clerk | SMO |

cc: **USMO, USPO, PSA**