```
 1                UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3           HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

 4                            - - -

 5
                                          COPY
 6
                                      )
 7    UNITED STATES OF AMERICA,       )
                                      )
 8                    PLAINTIFF,      )
                                      )
 9             vs.                    ) No. CR10-1031-AHM
                                      )
10    (2) ANGELA MARIA GOMEZ AGUILAR, )
      (3) LINDSEY MANUFACTURING COMPANY, )
11    (4) KEITH E. LINDSEY, and       )
      (5) STEVE K. LEE,               )
12                                    )
                      DEFENDANTS.     )
13    _____)

14

15

16            REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                 LOS ANGELES, CALIFORNIA

18                TUESDAY, NOVEMBER 30, 2010

19                       3:00 P.M.

20

21

22    _____

23             CINDY L. NIRENBERG, CSR 5059
               U.S. Official Court Reporter
24             312 North Spring Street, #438
               Los Angeles, California 90012
25                 www.cindynirenberg.com
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:
                          OFFICE OF THE UNITED STATES ATTORNEY
 3                        BY: DOUGLAS MILLER,
                              ASSISTANT U.S. ATTORNEY
 4                        13TH FLOOR
                          312 NORTH SPRING STREET
 5                        LOS ANGELES, CA 90012
                          213-894-2434
 6

 7
     FOR THE DEFENDANT (2) AGUILAR:
 8                        GIRARDI KEESE
                          BY: STEPHEN G. LARSON, ATTORNEY AT LAW
 9                        1126 WILSHIRE BOULEVARD
                          LOS ANGELES, CA 90017
10                        213-977-0211

11
     FOR THE DEFENDANTS (3) LINDSEY MANUFACTURING COMPANY
12   & (4) KEITH E. LINDSEY:
                          GREENBERG TRAURIG
13                        BY: JAN L. HANDZLIK, ATTORNEY AT LAW
                          2450 COLORADO AVENUE
14                        SUITE 400-E
                          SANTA MONICA, CA 90404
15                        310-586-6542

16
     FOR THE DEFENDANT (5) STEVE K. LEE:
17                        CROWELL & MORING
                          BY: JANET I. LEVINE, ATTORNEY AT LAW
18                        515 SOUTH FLOWER STREET
                          40TH FLOOR
19                        LOS ANGELES, CA 90071
                          213-622-4750
20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1         LOS ANGELES, CALIFORNIA; TUESDAY, NOVEMBER 30, 2010
 2                             3:00 P.M.
 3                             - - - - -
 4         THE CLERK:  Calling Item Number 1, CR10-1031(A), USA
 5   versus Angela Maria Gomez Aguilar, Lindsey Manufacturing
 6   Company, Keith E. Lindsey, Steve K. Lee.
 7         Counsel, state your appearances, please.
 8         MR. MILLER:  Good afternoon.
 9         MR. LARSON:  Good afternoon, Your Honor.  Stephen
10   Larson for defendant Angela Maria Gomez Aguilar, who is present
11   and in custody.
12         THE COURT:  Good afternoon.
13         MR. HANDZLIK:  Good afternoon.  Jan Handzlik on
14   behalf of Lindsey Manufacturing and Dr. Keith Lindsey, who is
15   present.
16         MS. LEVINE:  Good afternoon, Your Honor.  Janet
17   Levine on behalf of Steve Lee, who is present.
18         THE COURT:  Okay.
19         MR. MILLER:  Your Honor, if I may?
20         THE COURT:  And go ahead.
21         MR. MILLER:  Douglas Miller on behalf of the United
22   States.  With me at counsel table is senior trial attorney
23   Nicola Jean Mrazek from the Department of Justice.
24         THE COURT:  Everyone may be seated.  Good afternoon
25   to you all.
```

```
 1              We're here for the status conference that I ordered.
 2   And I have a few questions about the proposed schedule, but
 3   before I voice those questions, I grant the ex parte
 4   application relating to the filing on shortened time notice the
 5   Bill of Particulars, and I accept the schedule for entertaining
 6   the opposing and replying papers and having a hearing, so in
 7   that regard, I'm going to refer from time to time in the course
 8   of this case to Mr. Lee as Dr. -- is Lindsey a Ph.D.?
 9              MR. HANDZLIK:  Yes, Your Honor, he is.
10              THE COURT:  -- Mr. Lee and Dr. Lindsey and Lindsey
11   Manufacturing as the American defendants just for purposes of
12   brevity.  And I think the notice -- the Bill of Particulars was
13   filed only on behalf of the American defendants.
14              Are you going to be filing a Bill of Particulars, Mr.
15   Larson?
16              MR. LARSON:  Yes, Your Honor.
17              THE COURT:  When will you --
18              MR. LARSON:  It will be filed today.
19              THE COURT:  -- be doing that?
20              Today?
21              MR. LARSON:  Yes.
22              THE COURT:  Oh, all right.
23              MR. LARSON:  Yes.
24              THE COURT:  So you are prepared to conform to the
25   same schedule, right?
```

```
 1              MR. LARSON:  Yes.
 2              THE COURT:  All right.  I didn't know I was getting
 3   one from you.
 4              Now, turning to the joint proposed schedule, the
 5   schedule in general is acceptable to me, and I salute you for
 6   being so efficient about moving things along.
 7              On Page 3, there's reference to the O'Shea discovery.
 8              What's that about, Mr. Miller?
 9              MR. MILLER:  Your Honor, if I may, I'd like Ms.
10   Mrazek to address that issue.  It's a case she's more familiar
11   with.
12              THE COURT:  All right.
13              MS. MRAZEK:  Your Honor, the O'Shea discovery refers
14   to the ABB discovery.  ABB Limited is a Swiss multinational
15   company.  It had a subsidiary in the United States, ABB
16   Incorporated, with a branch in --
17              THE COURT:  Slow down.  You are speaking very, very
18   quickly.  Please.
19              MS. MRAZEK:  Yes, Your Honor.
20              ABB Incorporated was a U.S. subsidiary of ABB
21   Limited, about which there was an investigation based out of
22   Houston regarding a Sugarland office of that subsidiary.  And
23   an individual by the name of John O'Shea was the general
24   manager and sometimes vice president of ABB Incorporated.
25              He was indicted for FCPA offenses, money laundering
```

```
 1   and obstructing offenses as well, in the Southern District of
 2   Texas, and some of the evidence in that case relates to the
 3   instant indictment.
 4              THE COURT:  Is there any connection in terms of their
 5   conduct or in any other respect between O'Shea and any of the
 6   defendants in this case?
 7              MS. MRAZEK:  Not Mr. O'Shea directly.  Mr. O'Shea
 8   used as a conduit for some of the bribes Enrique Aguilar and
 9   his company Sorvill International, and through investigating
10   Enrique Aguilar, Sorvill International and the Aguilars' other
11   companies, that's how we came to find the instant misconduct,
12   and so much of the information that sort of was the seed of
13   this investigation came from the ABB investigation.
14              THE COURT:  Okay.  And ABB is an American company?
15              MR. MILLER:  ABB Incorporated is a U.S. subsidiary of
16   a Swiss multinational company.
17              THE COURT:  Okay.  Now, I turned to the government
18   first, but did you want to add anything, Ms. Levine, because
19   this report says that you contend -- the defense contends that
20   there is a factual relationship?
21              MS. LEVINE:  The factual relationship that I see,
22   Your Honor, having looked at the indictment in the O'Shea case,
23   does have to do with ABB and the allegations that the ABB
24   investigation relates to Enrique Aguilar, that Enrique Aguilar
25   is obviously a defendant in this case, although not present
```

1  before the Court, and claimed by the government to be the
2  conduit for the payments that they claim are the illegal
3  payments in this case.
4       THE COURT:  Yes.
5       MS. LEVINE:  To the extent his conduct is eliminated
6  by the ABB discovery, which is really the O'Shea discovery,
7  Your Honor, that's why we thought that that was important.  It
8  also goes, we think, to some of the knowledge and intent
9  elements that the government is going to have to prove.
10      THE COURT:  Okay.  So is it correct that the
11 reference in Paragraph 1 on Page 3 to the O'Shea discovery is
12 about essentially the same thing as the reference on Page 7 in
13 Paragraph 16 to ABB?
14      MS. MRAZEK:  Your Honor, it's slightly different.  I
15 mean, it's the same case, ABB, but this particular paragraph
16 refers to information received from a Mexican utility company
17 in the Mexican states and ABB as a company.  We have more
18 discovery in the O'Shea/ABB case than just those three sources.
19      THE COURT:  I understand, but the reason that, as
20 Item 16 here is -- as I am trying to understand this, somehow
21 Aguilar may have been involved in something that ABB did that,
22 in turn, is involved in this O'Shea case pending in Texas.
23      That's a very general summary, but so far is correct,
24 right?
25      MS. MRAZEK:  Yes, Your Honor.

```
 1              THE COURT:  Okay.  And you want -- and the parties
 2   are going to continue to discuss the production of the material
 3   both in Paragraph 1 and Paragraph 16, and to some extent
 4   there's an overlap at least so far as ABB is concerned?
 5              MS. LEVINE:  That's correct, Your Honor.  It's not a
 6   complete overlap, but there is certainly a large core that's
 7   the same in Item 1 on Page 3 and Item 16.
 8              THE COURT:  Okay.  Next question -- you both may be
 9   seated -- is on Page 3 in Footnote 2.
10              This footnote that Mr. Handzlik put in there -- you
11   represent Dr. Lindsey, right, and the company?
12              MR. HANDZLIK:  That's correct, Your Honor.
13              THE COURT:  So are there statements about other LMC
14   employees or agents?
15              MR. MILLER:  Your Honor, there are three statements
16   that were obtained pursuant to the grand jury in this
17   investigation.
18              THE COURT:  You mean statements from three different
19   people?
20              MR. MILLER:  Three different people; that's correct.
21   I apologize.
22              Those witnesses were employees and I believe still
23   are employees of Lindsey Manufacturing.
24              We've turned over two of those statements.  There's
25   one that was not turned over.  It was the testimony given by
```

```
 1   Phil Spillane -- is that his name?
 2           And for that testimony, I believe it was just
 3   inadvertent.  We in our discussions were focused on the two
 4   other employees, and that was the agreement that we reached.
 5           The government anticipates turning over the testimony
 6   of Mr. Spillane, but whether or not he'll be called as a
 7   witness still remains to be determined.
 8           THE COURT:  Okay.  But after you complete what you're
 9   intending to do on Spillane, there is nobody else who would
10   fall into that category?
11           MR. MILLER:  That's correct, Your Honor.
12           THE COURT:  Okay.  On Page 4 in Paragraph 5 about
13   expert testimony -- let me start with you, Mr. Miller, or your
14   colleague -- what topics or issues warrant expert testimony in
15   this case in your view?
16           MR. MILLER:  Well, we haven't come to a decision on
17   that, but the ones that we were considering, Your Honor, have
18   to do with areas regarding Mexican law as set forth in the
19   indictment.
20           There are allegations that the violations that were
21   committed here in the United States would also have been
22   violations in the country of Mexico.  That would be an area
23   where we were considering bringing in an expert.
24           There were also --
25           THE COURT:  But would that kind of testimony about
```

1    the provisions and perhaps the enforcement of Mexican law be
2    matters for the jury?
3            MS. MRAZEK: Your Honor, they may not be. It depends
4    on how much of the determination is factual versus how much of
5    the determination is legal, whether or not the CFE, the Mexican
6    electricity company, would fall under the definition of a
7    foreign official for the FCPA. And then, as well, because
8    Mexican bribery law is charged in the indictment as an SUA,
9    there may need to be some foreign law determination for which
10   you would need an expert.
11           THE COURT: Charged as an SUA?
12           MS. MRAZEK: I'm sorry, Your Honor.
13           THE COURT: What's an SUA?
14           MS. MRAZEK: A specified unlawful activity for money
15   laundering. I apologize for the jargon.
16           But it may be necessary for the Court to engage in a
17   Rule 26.1 foreign law determination to determine whether or not
18   Mexican law does, in fact, prohibit what we say in the
19   indictment that it prohibits.
20           THE COURT: Yes, I can see where that's an obligation
21   or responsibility that I would have. I don't see that as being
22   something that would confuse and clutter up any time before a
23   jury.
24           MS. MRAZEK: We agree, Your Honor.
25           THE COURT: If there's an instruction that's

```
 1   necessary as to what Mexican law provides or prohibits, that
 2   can be worked out before the trial, so I don't see that being
 3   expert testimony in the conventional sense.  It may be
 4   testimony in a hearing that would require some formal expertise
 5   that I lack, but that's my take on it.
 6           Now, is there any other area of expert testimony,
 7   before I hear from the defendants, that you had in mind in this
 8   report?
 9           MR. MILLER:  Not that we had in mind, Your Honor, but
10   we are still looking at how we're going to put on this case.
11   But at this point, no, Your Honor.
12           THE COURT:  All right.  And I invite any of the
13   defense lawyers to tell me whether he or she thinks there is
14   some area of expert testimony that would be -- that would
15   underline the provisions in Paragraph 5 here.
16           MR. HANDZLIK:  Your Honor, we have not made a
17   decision with respect to experts, nor have we spoken to any
18   potential experts; however, we see two areas -- at least two
19   areas in which experts might assist the jury.
20           The first would be with regard to the nature of
21   Lindsey Manufacturing's business and the products or electric
22   transmission towers that they produce.
23           That might require an engineering expert or someone
24   with electrical engineering experience to discuss the different
25   types of towers, what they do, the towers that CFE, the Mexican
```

```
 1   utility, had.  That's one area.
 2             The other area that we had talked about but haven't
 3   made a decision on would have to do with an analysis of the
 4   financial and banking records.
 5             Of course, the Court has seen that there is a good
 6   deal of discussion of wire transfers and payments from CFE to
 7   Lindsey and that followed by a payment of the fees to the
 8   Aguilar company, and then that apparently followed by purchases
 9   of luxury goods, for want of a better description.
10             We may --
11             THE COURT:  That's a pretty good description.
12             MR. HANDZLIK:  We may, in fact, seek to call an
13   expert to talk about simply an analysis of banking records and
14   the flow of the moneys.
15             THE COURT:  All right. Well, at the moment I don't
16   understand why the nature of the towers would be relevant, but
17   that's just an observation; it's preliminary.  We'll wait and
18   see what happens.
19             Okay.  On Paragraph 7, same Page 4, who is Fernando
20   Maya Basurto?
21             MS. MRAZEK:  Your Honor, Fernando Maya Basurto is an
22   individual who was involved with Mr. O'Shea in the ABB case.
23   He also acted at a conduit for bribes and he has pled guilty.
24             THE COURT:  A conduit for bribes as you see them in
25   this case?
```

```
 1              MS. MRAZEK:  No, no, no, a conduit for bribes in the
 2   ABB case to some of the same officials at CFE.
 3              THE COURT:  So this -- well, what attracted my
 4   interest is this reference to a plea agreement.  There is no
 5   case pending before me or even in the district about Basurto;
 6   is there?
 7              MS. MRAZEK:  Correct, Your Honor.  He pled guilty in
 8   relation to the ABB and O'Shea case in Texas.
 9              THE COURT:  And do you anticipate placing him on the
10   stand to testify about anything any of these defendants
11   allegedly did -- these defendants?
12              MS. MRAZEK:  Your Honor, we do plan to have him
13   testify concerning what Sorvill International is, what Grupo
14   International is, and about Enrique Aguilar.
15              THE COURT:  Okay.
16              All right.  Next question -- and it could be my last
17   question -- is are you in a position to tell me, either of the
18   prosecutors, whether there are any steps under way to extradite
19   Mr. Aguilar?
20              MR. MILLER:  Your Honor, we probably should not
21   comment on that in an open court.  We can file something in
22   camera with the Court if the Court believes it needs to know
23   the status of that.
24              THE COURT:  Well, I may need to know the status in
25   terms of being able to make this proposed schedule work and to
```

```
 1   keep this trial date of March 29th, which is my plan, so I am
 2   not going to put you on the spot at the moment, Mr. Miller, but
 3   I think you should file it under seal and in camera, and if I
 4   think it's something that warrants disclosure to the defense, I
 5   will notify you that I intend to disclose it and then
 6   undoubtedly go ahead and disclose it.
 7           MR. MILLER:  Thank you, Your Honor.
 8           THE COURT:  Okay.  I've run out of questions.
 9           I don't have any particular concerns about any of
10   these anticipated dates and deadlines.
11           I know that you reserved the right not to consider
12   them cutoffs, but you should kind of look at them that way
13   because if something changes, then a lot of other things will
14   have to change, and I would really hope that we can stick to
15   the schedule.
16           So unless somebody had something else to call to my
17   attention, I'm prepared to adjourn the hearing.
18           MR. LARSON:  Your Honor, just briefly.  If Ms.
19   Aguilar wishes to seek a bail review at this point in time,
20   should that be directed to this Court or --
21           THE COURT:  Yes.
22           MR. LARSON:  -- to the magistrate?
23           THE COURT:  Bring it to me.  It will be more
24   efficient.
25           Any other questions?
```

```
1              MS. LEVINE:  No, Your Honor.
2              MR. LARSON:  No, Your Honor.
3              MR. MILLER:  No, thank you, Your Honor.
4              THE COURT:  Okay.  Thank you, and we're adjourned.
5         (Proceedings concluded.)
6                              --oOo--
```

## CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: DECEMBER 15, 2010

_____

Cindy L. Nirenberg, CSR No. 5059

| - | | |
|---|---|---|
| **-oOo** [1] 15/6 | **AGUILAR** [13] 1/10 2/7 3/5 3/10 6/8 6/10 6/24 6/24 7/21 12/8 13/2 13/19 14/19 | **can** [4] 10/20 11/2 13/21 14/14 |
| **0** | **Aguilars'** [1] 6/10 | **case** [1] 7/17 |
| **0211** [1] 2/10 | **ahead** [2] 3/20 14/6 | **category** [1] 9/10 |
| **1** | **AHM** [1] 1/9 | **CENTRAL** [1] 1/2 |
| **1031** [1] 3/4 | **all** [7] 3/25 4/22 5/2 5/12 11/12 12/15 13/16 | **certainly** [1] 8/6 |
| **1126** [1] 2/9 | **allegations** [2] 6/23 9/20 | **CERTIFICATE** [1] 16/3 |
| **13Th** [1] 2/4 | **allegedly** [1] 13/11 | **certify** [1] 16/5 |
| **15** [1] 16/12 | **along** [1] 5/6 | **CFE** [4] 10/5 11/25 12/6 13/2 |
| **16** [4] 7/13 7/20 8/3 8/7 | **also** [4] 7/8 9/21 9/24 12/23 | **change** [1] 14/14 |
| **2** | **although** [1] 6/25 | **changes** [1] 14/13 |
| **2010** [3] 1/18 3/1 16/12 | **am** [2] 7/20 14/1 | **charged** [2] 10/8 10/11 |
| **213-622-4750** [1] 2/19 | **AMERICA** [1] 1/7 | **CINDY** [2] 1/23 16/15 |
| **213-894-2434** [1] 2/5 | **American** [3] 4/11 4/13 6/14 | **claim** [1] 7/2 |
| **213-977-0211** [1] 2/10 | **analysis** [2] 12/3 12/13 | **claimed** [1] 7/1 |
| **2434** [1] 2/5 | **ANGELA** [3] 1/10 3/5 3/10 | **clutter** [1] 10/22 |
| **2450** [1] 2/13 | **ANGELES** [6] 1/17 1/24 2/5 2/9 2/19 3/1 | **Code** [1] 16/6 |
| **26.1** [1] 10/17 | **anticipate** [1] 13/9 | **colleague** [1] 9/14 |
| **28** [1] 16/6 | **anticipated** [1] 14/10 | **Colorado** [1] 2/13 |
| **29th** [1] 14/1 | **anticipates** [1] 9/5 | **come** [1] 9/16 |
| **3** | **any** [12] 6/4 6/5 6/5 10/22 11/6 11/12 11/17 13/10 13/18 14/9 14/9 14/25 | **comment** [1] 13/21 |
| **30** [2] 1/18 3/1 | **anything** [2] 6/18 13/10 | **committed** [1] 9/21 |
| **310-586-6542** [1] 2/15 | **apologize** [2] 8/21 10/15 | **companies** [1] 6/11 |
| **312** [2] 1/24 2/4 | **apparently** [1] 12/8 | **company** [12] 1/10 2/11 3/6 5/15 6/9 6/14 6/16 7/16 7/17 8/11 10/6 12/8 |
| **3:00** [2] 1/19 3/2 | **appearances** [2] 2/1 3/7 | **complete** [2] 8/6 9/8 |
| **4** | **application** [1] 4/4 | **concerned** [1] 8/4 |
| **400-E** [1] 2/14 | **are** [12] 4/14 4/24 5/17 7/2 8/2 8/13 8/15 8/23 9/20 11/10 13/17 13/18 | **concerning** [1] 13/13 |
| **40th** [1] 2/18 | **area** [5] 9/22 11/6 11/14 12/1 12/2 | **concerns** [1] 14/9 |
| **438** [1] 1/24 | **areas** [3] 9/18 11/18 11/19 | **concluded** [1] 15/5 |
| **4750** [1] 2/19 | **as** [17] | **conduct** [2] 6/5 7/5 |
| **5** | **assist** [1] 11/19 | **conduit** [5] 6/8 7/2 12/23 12/24 13/1 |
| **5059** [2] 1/23 16/15 | **ASSISTANT** [1] 2/3 | **conference** [2] 4/1 16/10 |
| **515** [1] 2/18 | **attention** [1] 14/17 | **conform** [1] 4/24 |
| **6** | **attorney** [6] 2/2 2/3 2/8 2/13 2/17 3/22 | **conformance** [1] 16/9 |
| **6542** [1] 2/15 | **attracted** [1] 13/3 | **confuse** [1] 10/22 |
| **7** | **Avenue** [1] 2/13 | **connection** [1] 6/4 |
| **753** [1] 16/5 | **B** | **consider** [1] 14/11 |
| **9** | **bail** [1] 14/19 | **considering** [2] 9/17 9/23 |
| **90012** [2] 1/24 2/5 | **banking** [2] 12/4 12/13 | **contend** [1] 6/19 |
| **90017** [1] 2/9 | **based** [1] 5/21 | **contends** [1] 6/19 |
| **90071** [1] 2/19 | **Basurto** [3] 12/20 12/21 13/5 | **continue** [1] 8/2 |
| **90404** [1] 2/14 | **be** [21] | **conventional** [1] 11/3 |
| **A** | **because** [3] 6/18 10/7 14/13 | **COPY** [1] 1/6 |
| **ABB** [21] | **been** [2] 7/21 9/21 | **core** [1] 8/6 |
| **able** [1] 13/25 | **before** [6] 4/3 7/1 10/22 11/2 11/7 13/5 | **correct** [8] 7/10 7/23 8/5 8/12 8/20 9/11 13/7 16/7 |
| **about** [14] 4/2 5/6 5/8 5/21 7/12 8/13 9/12 9/25 12/2 12/13 13/5 13/10 13/14 14/9 | **behalf** [4] 3/14 3/17 3/21 4/13 | **could** [1] 13/16 |
| **above** [1] 16/8 | **being** [4] 5/6 10/21 11/2 13/25 | **counsel** [3] 2/1 3/7 3/22 |
| **above-entitled** [1] 16/8 | **believe** [2] 8/22 9/2 | **country** [1] 9/22 |
| **accept** [1] 4/5 | **believes** [1] 13/22 | **course** [2] 4/7 12/5 |
| **acceptable** [1] 5/5 | **better** [1] 12/9 | **court** [9] 1/1 1/23 7/1 10/16 12/5 13/21 13/22 13/22 14/20 |
| **acted** [1] 12/23 | **between** [1] 6/5 | **CR10** [2] 1/9 3/4 |
| **activity** [1] 10/14 | **Bill** [3] 4/5 4/12 4/14 | **CR10-1031** [1] 3/4 |
| **add** [1] 6/18 | **both** [2] 8/3 8/8 | **CR10-1031-AHM** [1] 1/9 |
| **address** [1] 5/10 | **Boulevard** [1] 2/9 | **Crowell** [1] 2/17 |
| **adjourn** [1] 14/17 | **branch** [1] 5/16 | **CSR** [2] 1/23 16/15 |
| **adjourned** [1] 15/4 | **brevity** [1] 4/12 | **custody** [1] 3/11 |
| **after** [1] 9/8 | **bribery** [1] 10/8 | **cutoffs** [1] 14/12 |
| **afternoon** [6] 3/8 3/9 3/12 3/13 3/16 3/24 | **bribes** [4] 6/8 12/23 12/24 13/1 | **D** |
| **agents** [1] 8/14 | **briefly** [1] 14/18 | **date** [2] 14/1 16/12 |
| **agree** [1] 10/24 | **Bring** [1] 14/23 | **dates** [1] 14/10 |
| **agreement** [2] 9/4 13/4 | **bringing** [1] 9/23 | **deadlines** [1] 14/10 |
| | **business** [1] 11/21 | **deal** [1] 12/6 |
| | **C** | **DECEMBER** [1] 16/12 |
| | **CA** [4] 2/5 2/9 2/14 2/19 | **decision** [3] 9/16 11/17 12/3 |
| | **CALIFORNIA** [4] 1/2 1/17 1/24 3/1 | **defendant** [4] 2/7 2/16 3/10 6/25 |
| | **call** [2] 12/12 14/16 | **defendants** [8] 1/12 2/11 4/11 4/13 6/6 11/7 13/10 13/11 |
| | **called** [1] 9/6 | **defense** [3] 6/19 11/13 14/4 |
| | **Calling** [1] 3/4 | **definition** [1] 10/6 |
| | **came** [2] 6/11 6/13 | **Department** [1] 3/23 |
| | **camera** [2] 13/22 14/3 | **depends** [1] 10/3 |
| | | **description** [2] 12/9 12/11 |

**D**
**determination [4]** 10/4 10/5 10/9 10/17
**determine [1]** 10/17
**determined [1]** 9/7
**did [3]** 6/18 7/21 13/11
**didn't [1]** 5/2
**different [4]** 7/14 8/18 8/20 11/24
**directed [1]** 14/20
**directly [1]** 6/7
**disclose [2]** 14/5 14/6
**disclosure [1]** 14/4
**discovery [7]** 5/7 5/13 5/14 7/6 7/6 7/11 7/18
**discuss [2]** 8/2 11/24
**discussion [1]** 12/6
**discussions [1]** 9/3
**district [5]** 1/1 1/2 1/3 6/1 13/5
**DIVISION [1]** 1/2
**do [7]** 6/23 9/9 9/18 11/25 12/3 13/9 13/12
**does [2]** 6/23 10/18
**doing [1]** 4/19
**don't [4]** 10/21 11/2 12/15 14/9
**DOUGLAS [2]** 2/3 3/21
**down [1]** 5/17
**Dr [4]** 3/14 4/8 4/10 8/11

**E**
**efficient [2]** 5/6 14/24
**either [1]** 13/17
**electric [1]** 11/21
**electrical [1]** 11/24
**electricity [1]** 10/6
**elements [1]** 7/9
**eliminated [1]** 7/5
**else [2]** 9/9 14/16
**employees [4]** 8/14 8/22 8/23 9/4
**enforcement [1]** 10/1
**engage [1]** 10/16
**engineering [2]** 11/23 11/24
**Enrique [5]** 6/8 6/10 6/24 6/24 13/14
**entertaining [1]** 4/5
**entitled [1]** 16/8
**essentially [1]** 7/12
**even [1]** 13/5
**Everyone [1]** 3/24
**evidence [1]** 6/2
**ex [1]** 4/3
**experience [1]** 11/24
**expert [9]** 9/13 9/14 9/23 10/10 11/3 11/6 11/14 11/23 12/13
**expertise [1]** 11/4
**experts [3]** 11/17 11/18 11/19
**extent [2]** 7/5 8/3
**extradite [1]** 13/18

**F**
**fact [2]** 10/18 12/12
**factual [3]** 6/20 6/21 10/4
**fall [2]** 9/10 10/6
**familiar [1]** 5/10
**far [2]** 7/23 8/4
**FCPA [2]** 5/25 10/7
**fees [1]** 12/7
**Fernando [2]** 12/19 12/21
**few [1]** 4/2
**file [2]** 13/21 14/3
**filed [2]** 4/13 4/18
**filing [2]** 4/4 4/14
**financial [1]** 12/4
**find [1]** 6/11
**first [2]** 6/18 11/20
**Floor [2]** 2/4 2/18
**flow [1]** 12/14

**Flower [1]** 2/18
**focused [1]** 9/8
**followed [2]** 12/7 12/8
**footnote [2]** 8/9 8/10
**for defendant [1]** 3/10
**foregoing [1]** 16/6
**foreign [3]** 10/7 10/9 10/17
**formal [1]** 11/4
**format [1]** 16/9
**forth [1]** 9/18

**G**
**general [3]** 5/5 5/23 7/23
**getting [1]** 5/2
**Girardi [1]** 2/8
**given [1]** 8/25
**go [2]** 3/20 14/6
**goes [1]** 7/8
**going [6]** 4/7 4/14 7/9 8/2 11/10 14/2
**GOMEZ [3]** 1/10 3/5 3/10
**good [8]** 3/8 3/9 3/12 3/13 3/16 3/24 12/5 12/11
**goods [1]** 12/9
**government [4]** 6/17 7/1 7/9 9/5
**grand [1]** 8/16
**grant [1]** 4/3
**Greenberg [1]** 2/12
**Grupo [1]** 13/13
**guilty [2]** 12/23 13/7

**H**
**had [6]** 5/15 11/7 11/9 12/1 12/2 14/16
**HANDZLIK [3]** 2/13 3/13 8/10
**happens [1]** 12/18
**has [2]** 12/5 12/23
**have [14]** 4/2 6/23 7/9 7/17 7/21 9/17 9/21 10/21 11/16 11/17 12/3 13/12 14/9 14/14
**haven't [2]** 9/16 12/2
**having [2]** 4/6 6/22
**he [6]** 4/9 5/25 11/13 12/23 12/23 13/7
**he'll [1]** 9/6
**hear [1]** 11/7
**hearing [3]** 4/6 11/4 14/17
**held [1]** 16/8
**here [4]** 4/1 7/20 9/21 11/15
**hereby [1]** 16/5
**him [2]** 13/9 13/12
**his [3]** 6/9 7/5 9/1
**Honor [32]**
**HONORABLE [1]** 1/3
**hope [1]** 14/14
**Houston [1]** 5/22
**how [4]** 6/11 10/4 10/4 11/10
**HOWARD [1]** 1/3
**however [1]** 11/18

**I**
**I'd [1]** 5/9
**I'm [3]** 4/7 10/12 14/17
**I've [1]** 14/8
**illegal [1]** 7/2
**important [1]** 7/7
**inadvertent [1]** 9/3
**Incorporated [4]** 5/16 5/20 5/24 6/15
**indicted [1]** 5/25
**indictment [5]** 6/3 6/22 9/19 10/8 10/19
**individual [2]** 5/23 12/22
**information [2]** 6/12 7/16
**instant [2]** 6/3 6/11
**instruction [1]** 10/25
**intend [1]** 14/5
**intending [1]** 9/9
**intent [1]** 7/8
**interest [1]** 13/4

**International [4]** 6/9 6/10 13/13 13/14
**investigating [1]** 6/9
**investigation [5]** 5/21 6/13 6/13 6/24 8/17
**invite [1]** 11/12
**involved [3]** 7/21 7/22 12/22
**is [43]**
**issue [1]** 5/10
**issues [1]** 9/14
**it [18]**
**it's [6]** 5/10 7/14 7/15 8/5 12/17 14/4
**Item [4]** 3/4 7/20 8/7 8/7

**J**
**JAN [2]** 2/13 3/13
**JANET [2]** 2/17 3/16
**jargon [1]** 10/15
**Jean [1]** 3/23
**John [1]** 5/23
**joint [1]** 5/4
**JUDGE [1]** 1/3
**Judicial [1]** 16/10
**jury [4]** 8/16 10/2 10/23 11/19
**just [5]** 4/11 7/18 9/2 12/17 14/18
**Justice [1]** 3/23

**K**
**keep [1]** 14/1
**Keese [1]** 2/8
**KEITH [4]** 1/11 2/12 3/6 3/14
**kind [2]** 9/25 14/12
**know [4]** 5/2 13/22 13/24 14/11
**knowledge [1]** 7/8

**L**
**lack [1]** 11/5
**large [1]** 8/6
**LARSON [3]** 2/8 3/10 4/15
**last [1]** 13/16
**laundering [2]** 5/25 10/15
**law [10]** 2/8 2/13 2/17 9/18 10/1 10/8 10/9 10/17 10/18 11/1
**lawyers [1]** 11/13
**least [2]** 8/4 11/18
**lee [6]** 1/11 2/16 3/6 3/17 4/8 4/10
**legal [1]** 10/5
**let [1]** 9/13
**LEVINE [3]** 2/17 3/17 6/18
**like [1]** 5/9
**Limited [2]** 5/14 5/21
**LINDSEY [15]** 1/10 1/11 2/11 2/12 3/5 3/6 3/14 3/14 4/8 4/10 4/10 8/11 8/23 11/21 12/7
**LMC [1]** 8/13
**look [1]** 14/12
**looked [1]** 6/22
**looking [1]** 11/10
**LOS [6]** 1/17 1/24 2/5 2/9 2/19 3/1
**lot [1]** 14/13
**luxury [1]** 12/9

**M**
**made [2]** 11/16 12/3
**magistrate [1]** 14/22
**make [1]** 13/25
**manager [1]** 5/24
**MANUFACTURING [6]** 1/10 2/11 3/5 3/14 4/11 8/23
**Manufacturing's [1]** 11/21
**March [1]** 14/1
**MARIA [3]** 1/10 3/5 3/10
**material [1]** 8/2
**matter [1]** 16/8
**matters [1]** 10/2
**MATZ [1]** 1/3

## M

**may [12]** 3/19 3/24 5/9 7/21 8/8 10/3 10/9 10/16 11/3 12/10 12/12 13/24
**Maya [2]** 12/20 12/21
**me [7]** 3/22 5/5 9/13 11/13 13/5 13/17 14/23
**mean [2]** 7/15 8/18
**Mexican [9]** 7/16 7/17 9/18 10/1 10/5 10/8 10/18 11/1 11/25
**Mexico [1]** 9/22
**might [2]** 11/19 11/23
**MILLER [5]** 2/3 3/21 5/8 9/13 14/2
**mind [2]** 11/7 11/9
**misconduct [1]** 6/11
**moment [2]** 12/15 14/2
**money [2]** 5/25 10/14
**moneys [1]** 12/14
**Monica [1]** 2/14
**more [3]** 5/10 7/17 14/23
**Moring [1]** 2/17
**moving [1]** 5/6
**Mr [12]** 4/8 4/10 4/14 5/8 6/7 6/7 8/10 9/6 9/13 12/22 13/19 14/2
**Mrazek [2]** 3/23 5/10
**Ms [3]** 5/9 6/18 14/18
**much [3]** 6/12 10/4 10/4
**multinational [2]** 5/14 6/16
**my [5]** 11/5 13/3 13/16 14/1 14/16

## N

**name [2]** 5/23 9/1
**nature [2]** 11/20 12/16
**necessary [2]** 10/16 11/1
**need [3]** 10/9 10/10 13/24
**needs [1]** 13/22
**Next [2]** 8/8 13/16
**Nicola [1]** 3/23
**NIRENBERG [2]** 1/23 16/15
**no [10]** 1/9 11/11 13/1 13/1 13/1 13/4 15/1 15/2 15/3 16/15
**nobody [1]** 9/9
**North [2]** 1/24 2/4
**not [13]** 6/7 6/25 8/5 8/25 9/6 10/3 10/5 10/17 11/9 11/16 13/20 14/2 14/11
**notice [2]** 4/4 4/12
**notify [1]** 14/5
**NOVEMBER [2]** 1/18 3/1
**Now [3]** 5/4 6/17 11/6
**Number [1]** 3/4

## O

**O'Shea [13]** 5/7 5/13 5/23 6/5 6/7 6/7 6/22 7/6 7/11 7/18 7/22 12/22 13/8
**O'Shea/ABB [1]** 7/18
**obligation [1]** 10/20
**observation [1]** 12/17
**obstructing [1]** 6/1
**obtained [1]** 8/16
**obviously [1]** 6/25
**offenses [2]** 5/25 6/1
**office [2]** 2/2 5/22
**official [2]** 1/23 10/7
**officials [1]** 13/2
**Oh [1]** 4/22
**Okay [12]** 3/18 6/14 6/17 7/10 8/1 8/8 9/8 9/12 12/19 13/15 14/8 15/4
**one [3]** 5/3 8/25 12/1
**ones [1]** 9/17
**only [1]** 4/13
**oOo [1]** 15/6
**open [1]** 13/21
**opposing [1]** 4/6
**ordered [1]** 4/1
**other [8]** 6/5 6/10 8/13 9/4 11/6 12/2

14/13 14/25
**our [1]** 9/3
**out [3]** 5/21 11/2 14/8
**over [3]** 8/24 8/25 9/5
**overlap [2]** 8/4 8/6

## P

**P.M [2]** 1/19 3/2
**page [8]** 5/7 7/11 7/12 8/7 8/9 9/12 12/19 16/9
**papers [1]** 4/6
**paragraph [8]** 7/11 7/13 7/15 8/3 8/3 9/12 11/15 12/19
**parte [1]** 4/3
**particular [2]** 7/15 14/9
**Particulars [3]** 4/5 4/12 4/14
**parties [1]** 8/1
**payment [1]** 12/7
**payments [3]** 7/2 7/3 12/6
**pending [2]** 7/22 13/5
**people [2]** 8/19 8/20
**perhaps [1]** 10/1
**Ph.D [1]** 4/8
**Phil [1]** 9/1
**placing [1]** 13/9
**PLAINTIFF [2]** 1/8 2/2
**plan [2]** 13/12 14/1
**plea [1]** 13/4
**please [2]** 3/7 5/18
**pled [2]** 12/23 13/7
**point [2]** 11/11 14/19
**position [1]** 13/17
**potential [1]** 11/18
**preliminary [1]** 12/17
**prepared [2]** 4/24 14/17
**present [4]** 3/10 3/15 3/17 6/25
**president [1]** 5/24
**pretty [1]** 12/11
**probably [1]** 13/20
**proceedings [3]** 1/16 15/5 16/8
**produce [1]** 11/22
**production [1]** 8/2
**products [1]** 11/21
**prohibit [1]** 10/18
**prohibits [2]** 10/19 11/1
**proposed [3]** 4/2 5/4 13/25
**prosecutors [1]** 13/18
**prove [1]** 7/9
**provides [1]** 11/1
**provisions [2]** 10/1 11/15
**purchases [1]** 12/8
**purposes [1]** 4/11
**pursuant [2]** 8/16 16/5
**put [3]** 8/10 11/10 14/2

## Q

**question [3]** 8/8 13/16 13/17
**questions [4]** 4/2 4/3 14/8 14/25
**quickly [1]** 5/18

## R

**reached [1]** 9/4
**really [2]** 7/6 14/14
**reason [1]** 7/19
**received [1]** 7/16
**records [2]** 12/4 12/13
**refer [1]** 4/7
**reference [4]** 5/7 7/11 7/12 13/4
**refers [2]** 5/13 7/16
**regard [2]** 4/7 11/20
**regarding [2]** 5/22 9/18
**regulations [1]** 16/10
**relates [2]** 6/2 6/24
**relating [1]** 4/4
**relation [1]** 13/8

**relationship [2]** 6/20 6/21
**relevant [2]** 12/2 12/6
**remains [1]** 9/7
**replying [1]** 4/6
**report [2]** 6/19 11/8
**reported [1]** 16/7
**Reporter [1]** 1/23
**REPORTER'S [1]** 1/16
**represent [1]** 8/11
**require [2]** 11/4 11/23
**reserved [1]** 14/11
**respect [2]** 6/5 11/17
**responsibility [1]** 10/21
**review [1]** 14/19
**right [10]** 4/22 4/25 5/2 5/12 7/24 8/11 11/12 12/15 13/16 14/11
**Rule [1]** 10/17
**run [1]** 14/8

## S

**salute [1]** 5/5
**same [6]** 4/25 7/12 7/15 8/7 12/19 13/2
**Santa [1]** 2/14
**say [1]** 10/18
**says [1]** 6/19
**schedule [7]** 4/2 4/5 4/25 5/4 5/5 13/25 14/15
**seal [1]** 14/3
**seated [2]** 3/24 8/9
**Section [1]** 16/5
**see [7]** 6/21 10/20 10/21 11/2 11/18 12/18 12/24
**seed [1]** 6/12
**seek [2]** 12/12 14/19
**seen [1]** 12/5
**senior [1]** 3/22
**sense [1]** 11/3
**set [1]** 9/18
**she [1]** 11/13
**she's [1]** 5/10
**shortened [1]** 4/4
**should [4]** 13/20 14/3 14/12 14/20
**simply [1]** 12/13
**slightly [1]** 7/14
**Slow [1]** 5/17
**so [12]** 4/6 4/24 5/6 6/12 7/10 7/23 8/4 8/13 11/2 13/3 14/1 14/16
**some [8]** 6/2 6/8 7/8 8/3 10/9 11/4 11/14 13/2
**somebody [1]** 14/16
**somehow [1]** 7/20
**someone [1]** 11/23
**something [6]** 7/21 10/22 13/21 14/4 14/13 14/16
**sometimes [1]** 5/24
**sorry [1]** 10/12
**sort [1]** 6/12
**Sorvill [3]** 6/9 6/10 13/13
**sources [1]** 7/18
**South [1]** 2/18
**Southern [1]** 6/1
**speaking [1]** 5/17
**specified [1]** 10/14
**specified unlawful [1]** 10/14
**Spillane [3]** 9/1 9/6 9/9
**spoken [1]** 11/17
**spot [1]** 14/2
**Spring [2]** 1/24 2/4
**stand [1]** 13/10
**start [1]** 9/13
**state [1]** 3/7
**statements [4]** 8/13 8/15 8/18 8/24
**states [9]** 1/1 1/7 2/2 3/22 5/15 7/17 9/21 16/6 16/10
**status [3]** 4/1 13/23 13/24

**S**
stenographically [1]  16/7
STEPHEN [2]  2/8 3/9
steps [1]  13/18
steve [4]  1/11 2/16 3/6 3/17
stick [1]  14/14
still [3]  8/22 9/7 11/10
Street [3]  1/24 2/4 2/18
SUA [3]  10/8 10/11 10/13
subsidiary [4]  5/15 5/20 5/22 6/15
Sugarland [1]  5/22
Suite [1]  2/14
summary [1]  7/23
Swiss [2]  5/14 6/16

**T**
table [1]  3/22
take [1]  11/5
talk [1]  12/13
talked [1]  12/2
tell [2]  11/13 13/17
terms [2]  6/4 13/25
testify [2]  13/10 13/13
testimony [10]  8/25 9/2 9/5 9/13 9/14
 9/25 11/3 11/4 11/6 11/14
Texas [3]  6/2 7/22 13/8
than [1]  7/18
thank [3]  14/7 15/3 15/4
that [64]
that's [14]  6/11 7/7 7/23 8/5 8/6 8/12
 8/20 9/11 10/20 10/25 11/5 12/1 12/11
 12/17
their [1]  6/4
them [3]  12/24 14/12 14/12
then [4]  10/7 12/8 14/5 14/13
there [17]
there's [4]  5/7 8/4 8/24 10/25
these [3]  13/10 13/11 14/10
they [4]  7/2 10/3 11/22 11/25
thing [1]  7/12
things [2]  5/6 14/13
think [4]  4/12 7/8 14/3 14/4
thinks [1]  11/13
this [22]
those [4]  4/3 7/18 8/22 8/24
thought [1]  7/7
three [4]  7/18 8/15 8/18 8/20
through [1]  6/9
time [5]  4/4 4/7 4/7 10/22 14/19
Title [1]  16/6
today [2]  4/18 4/20
topics [1]  9/14
towers [4]  11/22 11/25 11/25 12/16
transcript [3]  1/16 16/7 16/9
transfers [1]  12/6
transmission [1]  11/22
Traurig [1]  2/12
trial [3]  3/22 11/2 14/1
true [1]  16/6
trying [1]  7/20
TUESDAY [2]  1/18 3/1
turn [1]  7/22
turned [3]  6/17 8/24 8/25
turning [2]  5/4 9/5
two [4]  8/24 9/3 11/18 11/18
types [1]  11/25

**U**
U.S [5]  1/3 1/23 2/3 5/20 6/15
under [3]  10/6 13/18 14/3
underline [1]  11/15
understand [3]  7/19 7/20 12/16
undoubtedly [1]  14/6
UNITED [8]  1/1 1/7 2/2 3/21 5/15 9/21
 16/6 16/10
unlawful [1]  10/14
unless [1]  14/16
up [1]  10/22
USA [1]  3/4
used [1]  6/8
utility [2]  7/16 12/1

**V**
versus [2]  3/5 10/4
very [3]  5/17 5/17 7/23
vice [1]  5/24
view [1]  9/15
violations [2]  9/20 9/22
voice [1]  4/3

**W**
wait [1]  12/17
want [3]  6/18 8/1 12/9
warrant [1]  9/14
warrants [1]  14/4
was [13]  4/12 5/2 5/20 5/21 5/23 5/25
 6/12 7/7 8/25 8/25 9/2 9/4 12/22
way [2]  13/18 14/12
we [23]
We'll [1]  12/17
we're [3]  4/1 11/10 15/4
We've [1]  8/24
well [6]  6/1 9/16 10/7 12/15 13/3 13/24
were [7]  8/16 8/22 9/3 9/17 9/20 9/23
 9/24
WESTERN [1]  1/2
what [9]  9/8 9/14 10/18 11/1 11/25
 12/18 13/3 13/13 13/13
What's [2]  5/8 10/13
When [1]  4/17
where [2]  9/23 10/20
whether [5]  9/6 10/5 10/17 11/13 13/18
which [5]  5/21 7/6 10/9 11/19 14/1
who [6]  3/10 3/14 3/17 9/9 12/19 12/22
why [2]  7/7 12/16
will [5]  4/17 4/18 14/5 14/13 14/23
Wilshire [1]  2/9
wire [1]  12/6
wishes [1]  14/19
witness [1]  9/7
witnesses [1]  8/22
work [1]  13/25
worked [1]  11/2
would [15]  9/9 9/21 9/22 9/25 10/6
 10/10 10/21 10/22 11/4 11/14 11/14
 11/20 12/3 12/16 14/14
would confuse [1]  10/22
www.cindynirenberg.com [1]  1/25

**Y**
Yes [10]  4/9 4/16 4/21 4/23 5/1 5/19 7/4
 7/25 10/20 14/21
you [28]
you're [1]  9/8
your [35]