ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    E-mail: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-1031(A)-AHM |
| Plaintiff, | *EX PARTE* APPLICATION FOR AN ORDER DENYING DEFENDANT ANGELA MARIA GOMEZ AGUILAR'S MOTION FOR BAIL |
| v. | |
| ANGELA MARIA GOMEZ AGUILAR, | |
| Defendants. | |

    Plaintiff, the United States Attorney for the Central District of California, hereby applies, *ex parte*, for an order denying defendant ANGELA MARIA GOMEZ AGUILAR's ("defendant") motion for bail.

//

//

The government's *ex parte* application is based the Court's order of January 3, 2011, directing the government to file a proposed order outlining its findings on defendant's motion for bail.

DATED: January 5, 2011         Respectfully submitted,

                               ANDRÉ BIROTTE JR.
                               United States Attorney

                               ROBERT E. DUGDALE
                               Assistant United States Attorney
                               Chief, Criminal Division


                                      /s/
                               ─────────────────────────
                               DOUGLAS M. MILLER
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA