```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    DOUGLAS M. MILLER (SBN: 240398)
 4  Assistant United States Attorneys
    NICOLA J. MRAZEK
 5  Senior Trial Attorney
    1300 United States Courthouse
 6  312 North Spring Street
    Los Angeles, California 90012
 7  Telephone:  (213) 894-2216
    Facsimile:  (213) 894-6436
 8  Email: douglas.m.miller@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-1031(A)-AHM |
| Plaintiff, | GOVERNMENT'S MOTION FOR RECONSIDERATION |
| v. | |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | |
| Defendants. | |

Plaintiff, United States of America, by and through its attorney of record, the United States Department of Justice, Criminal Division, Fraud Section, and the United States Attorney for the Central District of California (collectively, "the government"), hereby requests the Court to reconsider its minute order of January 13, 2011, ordering the government to provide defense counsel will all of page 18 and lines 1-20 of page 19 in its memorandum of points and authorities (i.e., Section I.5).

The government's motion is based on the attached memorandum of points and authorities, the attached exhibit, the files and records in this case, and any other evidence or argument that the Court may wish to consider in support of this motion.

DATED: January 13, 2011          Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


         /s/
DOUGLAS M. MILLER
Assistant United States Attorney

NICOLA J. MRAZEK
Senior Trial Attorney
Criminal Division, Fraud Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.

BACKGROUND

On January 12, 2011, the government filed an amended *ex parte* and *in camera* motion to delay the production of five witnesses' statements and their identities with the Court. In its motion, the government explained why it believed that disclosing these items posed serious safety concerns. On January 13, 2011, the Court issued a minute order requiring the government to provide defense counsel with all of page 18 and lines 1-20 of page 19 to its memorandum of points and authorities (i.e., Section 1.5) no later than January 14, 2011 at 9:00 a.m. The government requests the Court to reconsider its minute order and instead allow the government to provide defense counsel with redacted portions of pages 18 and 19, as reflected in Exhibit A.

II.

ARGUMENT

The government believes that strict compliance with the Court's minute order would reveal the identities of the witnesses before the Court has held a hearing on the government's motion. For example, the name of one of the witnesses is set forth on line 1 of page 18, yet the Court has ordered the government to produce that entire page to defense counsel. The government believes that disclosing the other lines of pages 18 and 19 that have been redacted in Exhibit A would indirectly reveal the identities of the witnesses. The government believes that the

-3-

last sentence of footnote 6 on page 25 of its motion explains why disclosing the redacted lines would indirectly reveal the identities of the witnesses.

## III.

## CONCLUSION

In conclusion, the government respectfully requests that the Court reconsider its earlier minute order and allow the government to disclose to defense counsel only what is reflected in Exhibit A.