ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorneys
NICOLA J. MRAZEK
Senior Trial Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    Email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-1031(A)-AHM |
| Plaintiff, | ) <u>GOVERNMENT'S *EX PARTE* APPLICATION</u> <u>TO UNSEAL DOCUMENTS</u> |
| v. | ) |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | ) |
| Defendants. | ) |

    Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby applies <u>ex</u> <u>parte</u> for an order unsealing the seizure warrants and related pleadings currently filed under seal with miscellaneous case numbers 10-2408M, 08-2926M, 10-2152M, and 10-2407M ("the documents"). The government makes this application, so that the documents may be turned over to the defendants in the above-captioned case as a part of discovery. This application is based on the attached

1  declaration of Douglas M. Miller, the files and records of this
2  case, and such further evidence and argument as may be presented
3  at any hearing on this application.

4  Dated: January 18, 2011          Respectfully submitted,

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                           /s/
                                    DOUGLAS M. MILLER
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA