UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 10-1031(A) AHM | Date | January 18, 2011 |
|---|---|---|---|

| Present: The Honorable | A. HOWARD MATZ |
|---|---|
| Interpreter | |

| Rita Sanchez | Not Reported | Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Enrique Faustino Aguilar Noriega | | | | | | | |
| (2) Angela Maria Gomez Aguilar | | X | | Stephen Larson | | | X |
| (3) Lindsey Manufacturing Company | | | | Jan Lawrence Handzlik | | | X |
| (4) Dr. Keith E. Lindsey | | | X | Jan Lawrence Handzlik | | | X |
| (5) Steven K. Lee | | | X | Janet Levine | | | X |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

     Today the Court signed an order lodged by the Government directing the Internal Revenue Service to disclose certain tax returns.  In light of that order, counsel for the Lindsey defendants and Mr. Lee shall file a status report by January 20, 2011 stating whether their noticed motion to compel discovery (Docket No. 132) now is moot.

           : _____

Initials of Deputy Clerk