ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorneys
NICOLA J. MRAZEK
Senior Trial Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2216
     Facsimile:  (213) 894-6436
     Email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-1031(A)-AHM |
| Plaintiff, | |
| v. | <u>ORDER ALLOWING</u> <u>DISCLOSURE OF TAX RETURNS</u> <u>AND RETURN INFORMATION</u> |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | |
| Defendants. | |

The Court having received and considered the Application of the United States for an Order, pursuant to Title 26, United States Code, Sections 6103(i)(1)&(4), directing the Internal Revenue Service to disclose certain tax returns and return information in connection with the above-referenced investigation and proceedings, and good cause appearing, the Court HEREBY FINDS THE FOLLOWING:

  1.  There is reasonable cause to believe, based upon the return of a first superseding indictment in the above-captioned

case, that specific criminal acts have been committed, namely, violations of Title 18, United States Code, Sections 371, 1956(a)(1)(B)(I), and 1956(h) and Title 15, United States Code, Section 78dd-2.

2. There is reasonable cause to believe that the tax returns and return information are or may be relevant to a matter relating to the commission of such acts.

3. The tax returns and return information are sought exclusively for use in a federal criminal investigation and/or proceeding concerning such act, and the information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

4. Applicant, Assistant United States Attorney Douglas M. Miller, and the following individuals ("the parties"), who are also parties to the above-captioned case, seek the information solely for its use in the investigation and prosecution of possible violations of the above-mentioned criminal statutes.

Government Attorneys assigned to or supervising the above-captioned case.

Farrell Binder
Special Agent, Federal Bureau of Investigation

Susan Guernsey
Special Agent, Federal Bureau of Investigation

Rudy Mendoza
Special Agent, IRS- Criminal Investigations

Jan L. Handzlik
Counsel for Defendants Keith E. Lindsey and Lindsey Manufacturing Company

Janet I. Levine
Counsel for Defendant Steve K. Lee

Stephen G. Larson
Counsel for Defendant Angela Aguilar

-2-

IT IS, THEREFORE, ORDERED that the Internal Revenue Service:

(1) disclose such tax returns and return information relied upon by IRS Revenue Agent Kellie Hua in her examination of defendant LINDSEY MANUFACTURING COMPANY (TIN 95-XXXX040) and Lindsey International, Inc. (TIN:20-XXXX183), for the tax years 2004, 2005 and 2006, inclusive, including any tax returns and return information of third parties reviewed by the IRS in the course of the examinations; or

(2) certify where tax returns and return information described above have not been filed or are not on file with the Internal Revenue Service;

(3) disclose such tax returns and return information described above as may come into the possession of the Internal Revenue Service subsequent to the date of this Order, but for not longer than 90 days thereafter; and

(4) while the Internal Revenue Service is complying with this order, the government attorneys are permitted to retain and to share copies of the records in their possession with the defendants and their counsel.

IT IS FURTHER ORDERED that the tax returns and return information disclosed to the Applicant and the parties pursuant to this order shall be subject to the terms and conditions of the protective order issued by the Court in the above-captioned case on October 29, 2010 (CR 65), and that no additional disclosure of

//

//

1
2 this information shall be made to any other person except in
3 accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R.
4 § 301.6103(c)-1 et seq.
5
6 DATED: This 18th day of January 2011.
7
8
9 _____
   THE HONORABLE A. HOWARD MATZ
10    United States District Judge
11 Presented by:
12
13 _____
   Douglas M. Miller
14 Assistant United States Attorney

-4-