ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
NICOLA J. MRAZEK
JEFFREY A. GOLDBERG
Senior Trial Attorneys
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2216
     Facsimile: (213) 894-6436
     Email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-1031(A)-AHM |
| Plaintiff, | GOVERNMENT'S <u>EX PARTE</u> SUBMISSION REGARDING THE PARTIES' PENDING MOTIONS |
| v. | |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | Tentative Hearing: March 23, 2011, 2:00 p.m. (Courtroom 14) (<u>Franks</u> motion) |
| Defendants. | Hearing: March 24, 2011, 9:30 a.m. (Courtroom 14) (other motions) |

Plaintiff United States of America, by and through its attorneys of record, the United States Department of Justice, Criminal Division, Fraud Section, and the United States Attorney for the Central District of California (collectively, "the government"), hereby files, for the convenience of the Court, a

listing of the parties' pending motions.  In the charts below, items marked with an asterisk were filed under seal.[1]

DATED:     March 18, 2011

                                             Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


                                                          /s/
DOUGLAS M. MILLER
Assistant United States Attorney

NICOLA J. MRAZEK
JEFFREY A. GOLDBERG
Senior Trial Attorneys
Criminal Division, Fraud Section

---

[1] The government contacted defense counsel to obtain their positions on this filing.  Counsel for defendants KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY consented.  A message left for counsel for defendant ANGELA MARIA GOMEZ AGUILAR had not been returned as of the time of this filing.

| | GOVERNMENT'S MOTIONS | | | |
|---|---|---|---|---|
| No. | Motion to— | Filed | Response | Reply |
| G1 | Admit written correspondence of a certain witness | 2/28/11 (#225)* | 3/7/11 (#235) | 3/14/11 (#270)* |
| G2 | Admit grand jury testimony for substantive purposes | 2/28/11 (#225)* | 3/7/11 (#241) | 3/12/11 (#265) |
| G3 | Admit co-conspirator statements | 2/28/11 (#225)* | 3/7/11 (#239) | – |
| G4 | Preclude jury nullification | 2/28/11 (#225)* | 3/7/11 (#245) | 3/13/11 (#266) |
| G5 | Preclude personal backgrounds or family circumstances | 2/28/11 (#225)* | 3/7/11 (#242) | 3/14/11 (#271) |
| G6 | Preclude defendants' self-serving or exculpatory prior statements | 2/28/11 (#225)* | 3/7/11 (#236) | 3/11/11 (#260) |
| G7 | Preclude cross-examination regarding suicide attempt | 2/28/11 (#225)* | 3/7/11 (#240)* | – |
| G8 | Preclude lack of criminal referral by IRS auditors | 2/28/11 (#225)* | 3/7/11 (#237) | 3/11/11 (#263) |
| G9 | Preclude possible consequences of conviction | 2/28/11 (#225)* | 3/7/11 (#244) | 3/11/11 (#261) |
| G10 | Permit leading of certain witnesses | 2/28/11 (#225)* | 3/7/11 (#241) | 3/12/11 (#265) |
| G11 | Compel defense discovery and exclude undisclosed defense evidence | 2/28/11 (#225)* | 3/7/11 (#238) | 3/14/11 (#272) |
| G12 | Admit evidence relating to ABB Network Management | 2/28/11 (#225)* | 3/7/11 (#243) | 3/14/11 (#269) |

| **DEFENDANTS' MOTIONS** | | | | |
|---|---|---|---|---|
| No. | Motion to— | Filed | Response | Reply |
| D1 | Suppress evidence from execution of search warrants | 2/28/11 (#209) | 3/10/11 (#251) | 3/17/11 (#289) |
| D2 | Suppress evidence from warrantless searches | 2/28/11 (#210) | 3/10/11 (#251) | 3/17/11 (#289) |
| D3 | Suppress electronically stored evidence | 2/28/11 (#211) | 3/10/11 (#251) | 3/17/11 (#289) |
| D4 | Strike surplusage | 2/28/11 (#212) | 3/10/11 (#255) | – |
| D5 | Suppress LEE's statements | 2/28/11 (#213) | 3/10/11 (#258) | 3/17/11 (#286) |
| D6 | Exclude LINDSEY's statements pursuant to Bruton | 2/28/11 (#214) | 3/10/11 (#253) | – |
| D7 | Obtain additional peremptories | 2/28/11 (#215) | 3/10/11 (#254) | – |
| D8 | Exclude co-conspirator statements before proof of preliminary facts | 2/28/11 (#216) | 3/10/11 (#249)* | 3/17/11 (#285) |
| D9 | Dismiss AGUILAR's case due to prosecutorial misconduct | 2/28/11 (#218)* | 3/10/11 (#252) | 3/17/11 (#284)* |
| D10 | Exclude "other bad acts" | 2/28/11 (#219) | 3/10/11 (#256) | – |
| D11 | Dismiss case ("foreign official") | 2/28/11 (#220) | 3/10/11 (#250) | 3/17/11 (#290) |
| D12 | Suppress LINDSEY's statement | 2/28/11 (#221) | 3/10/11 (#259) | 3/17/11 (#291) |
| D13 | Hold Franks hearing | 2/28/11 (#222) | 3/10/11 (#257) | 3/17/11 (#292) |
| D14 | AGUILAR's motion to exclude prison calls | 3/17/11 (#279)* | 3/18/11 (#295) | TBD |