# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CR10-01031(A)-AHM | | Date | March 23, 2011 |

Present: The Honorable   A. HOWARD MATZ

Interpreter   Maria Virginia DiCono and Elsa Vasquez (Spanish)

| Stephen Montes | Cindy Nirenberg | Douglas Miller<br>Nicola Mrazek, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Angela Maria Gomez Aguilar | √ | √ | | Stephen Larson | √ | | √ |
| (3) Lindsey Manufacturing Company | √ | | | Jan Lawrence Handzlik | √ | | √ |
| (4) Keith E. Lindsey | √ | | √ | Matthew B. Hayes | √ | | √ |
| | | | | Grace Tse | √ | | √ |
| (5) Steve K. Lee | √ | | √ | Janet Levine | √ | | √ |
| | | | | Martinique Busino | √ | | √ |

**Proceedings:**   MOTION HEARING **(Evidentiary)**

Cause called; appearances made. Witness called, sworn, and testified. Exhibits identified.

For reasons stated on the record, the Court grants Defendants Lindsey Manufacturing Company, Keith E. Lindsey and Steven K. Lee's Motion for Evidentiary Hearing Pursuant to *Franks v. Delaware* (Docket Entry 222) but denies the relief sought. The Court denies the Motion to Suppress Evidence Seized in November 20, 2008 Search Filed by defendants Lindsey Manufacturing Company, Keith E. Lindsey, and Steve K. Lee (DE 209) only to the extent it challenges the sufficiency of the probable cause supporting the search warrant. The balance of the motion at DE 209 will be addressed at the continued motion hearing.

Court orders the Government to produce all extant drafts of the Binder search warrant affidavit to defendants by not later than noon on March 24, 2011.

Court continues the March 24, 2011 motion hearing and the final pretrial conference to Friday, March 25, 2011 at 1:30 p.m.

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Court orders the parties to split (50/50) the cost of ordering a daily transcript of the hearings in this case. The Court further orders the prevailing party on each of the pending motions to lodge a proposed order reflecting the Court's rulings, which must include the motion docket entry number, title of the motion, and specific ruling on the motion.

|  | 1 | : | 43 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |

cc: **USMO, USPO, PSA**