ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
NICOLA J. MRAZEK
JEFFREY A. GOLDBERG
Senior Trial Attorneys
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    Email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-1031(A)-AHM |
| Plaintiff, | ORDER GRANTING MOTION TO PRECLUDE CROSS EXAMINATION OF A WITNESS REGARDING A SUICIDE ATTEMPT |
| v. | |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | |
| Defendants. | |

On February 28, 2011, plaintiff United States of America, by and through its attorneys of record, the United States Department of Justice, Criminal Division, Fraud Section, and the United States Attorney for the Central District of California (collectively, "the government"), filed the Government's Pretrial Motions, including (at Part II.D) the Motion to

Preclude Cross-Examination of a Witness Regarding a Suicide Attempt ("Motion").

The Court, having read the government's Motion and memorandum of authorities, the defendants' response, and the government's reply, and having heard oral argument from the parties, HEREBY GRANTS the government's motion to preclude cross-examination relating to a witnesses's suicide attempt.

**IT IS SO ORDERED.**

DATED: April 14, 2011

_____
THE HON. A. HOWARD MATZ
United States District Judge