# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR10-01031(A)-AHM | Date | May 10, 2011 |
| Present: The Honorable | A. HOWARD MATZ | | |
| Interpreter | Virginia DiCono (Spanish) | | |

| Stephen Montes | Cindy Nirenberg | Douglas Miller, AUSA<br>Jeffrey Goldberg, DOJ<br>Nicola Mrazek, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Angela Maria Gomez Aguilar | √ | √ | | Stephen Larson<br>Molly Weber | √<br>√ | | √<br>√ |
| (3) Lindsey Manufacturing Company<br>(4) Keith E. Lindsey | √<br>√ | | √ | Jan Lawrence Handzlik<br>Matthew B. Hayes<br>Grace Tse | √<br>√<br>√ | | √<br>√<br>√ |
| (5) Steve K. Lee | √ | | √ | Janet Levine<br>Martinique Busino | √<br>√ | | √<br>√ |

____ Day COURT TRIAL        23rd Day JURY TRIAL        ____ Death Penalty Phase

____ One day trial;    ____ Begun (1st day);    ____ Held & continued;    X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified        ____ Exhibits admitted

____ Government rests.    ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) are ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Alternates excused    ____ Jury retires to deliberate    X Jury resumes deliberations

____ Finding by Court as follows:    X Jury Verdict as follows:

| Dft # | 2 | Guilty on count(s) | 7 | ____ Not Guilty on count(s) |
| Dft # | 3 | Guilty on count(s) | 1, 2, 3, 4, 5, and 6 | |
| Dft # | 4 | Guilty on count(s) | 1, 2, 3, 4, 5, and 6 | |
| Dft # | 5 | Guilty on count(s) | 1, 2, 3, 4, 5, and 6 | |

X Jury Polled

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| X | Filed Witness & Exhibit lists | X | Filed Jury notes | X | Filed Jury Instructions | X | Filed Jury Verdict |

X  Dft # 2  Referred to Probation Office for Investigation & Report and continued to  8/12/11 at 3:00 p.m.  for sentencing.

X  Dft # 3  Referred to Probation Office for Investigation & Report and continued to  09/16/11 at 3:00 p.m.  for sentencing.

X  Dft # 4  Referred to Probation Office for Investigation & Report and continued to  09/16/11 at 3:00 p.m.  for sentencing.

X  Dft # 5  Referred to Probation Office for Investigation & Report and continued to  09/16/11 at 3:00 p.m.  for sentencing.

___  Dft # ___ remanded to custody.  ___ Remand/Release# ___ issd.  ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

X  Other:  Court extends the deadline by which defendants must file their Rule 29 motions.

                                                                          : 30
                             Initials of Deputy Clerk    SMO