# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR10-01031(A)-AHM | | Date | October 26, 2011 |
|---|---|---|---|---|

| Present: The Honorable | A. HOWARD MATZ |
|---|---|
| Interpreter | N/A |

| Stephen Montes | Not Reported | Douglas Miller – Not Present<br>Nicola Mrazek – Not Present<br>Jeffrey Goldberg – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (3) Lindsey Manufacturing Company | | | | Jan L. Handzlik | | | √ |
| (4) Keith E. Lindsey | | √ | | Jan L. Handzlik | | | √ |
| (5) Steve K. Lee | | √ | | Janet Levine | | | √ |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)


On the Court's own motion, the Court hereby continues the Motion to Dismiss Case and the Indictment with Prejudice Due to Repeated and Intentional Government Misconduct [505] from November 1, 2011 to November 2, 2011 at 1:00 p.m.


|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | SMO |

cc:  **USPO, PSA**