UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR10-01031(A)-AHM | Date | November 29, 2011 |
|---|---|---|---|

Present: The Honorable  A. HOWARD MATZ

Interpreter  N/A

| Stephen Montes | Victoria Valine<br>Cindy Nirenberg | Douglas Miller<br>Jeffrey Goldberg, DOJ<br>Nicola Mrazek, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (3) Lindsey Manufacturing Company | √ | | | Jan L. Handzlik | √ | | √ |
| (4) Keith E. Lindsey | √ | | √ | Jan L. Handzlik<br>Matthew B. Hayes | √<br>√ | | √<br>√ |
| (5) Steve K. Lee | √ | | √ | Janet Levine<br>Martinique F. Busino | √<br>√ | | √<br>√ |

**Proceedings:** MOTION TO DISMISS CASE AND THE INDICTMENT WITH PREJUDICE DUE TO REPEATED AND INTENTIONAL GOVERNMENT MISCONDUCT [505]  **(Non-Evidentiary)**

Cause called; appearances made.

Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court take the motion to dismiss under submission.  Order to issue.

|  | 2 : 35 |
|---|---|
| Initials of Deputy Clerk | SMO |

cc: **USMO, USPO, PSA**